**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Austen Syntell McKever, Appellant.

Appellate Case No. 2014-002707

———————————

Appeal From Florence County
D. Craig Brown, Circuit Court Judge

———————————

Unpublished Opinion No. 2016-UP-060
Submitted December 1, 2015 – Filed February 17, 2016

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Tiffany Lorraine Butler, of
Columbia; and Austen Syntell McKever, pro se, for
Appellant.

Matthew C. Buchanan, of the Department of Probation,
Parole and Pardon Services, of Columbia, for
Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.